# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139529(14)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 139529
COA: 290849
Wayne CC: 03-008075

SUSAN BROWN,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's January 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322